```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | MDL No. 1950 |
| ) | |
| MUNICIPAL DERIVATIVES ) | Master Docket No. 08-02516 (VM) |
| ANTITRUST LITIGATION ) | (GWG) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | STIPULATION AND ORDER OF |
| ) | DISMISSAL WITH PREJUDICE |
| State of West Virginia v. Bank of America, ) | |
| N.A, et al., No. 10-769 ) | |

**WHEREAS**, Plaintiff in the above-captioned action ("Action") has agreed to voluntarily dismiss, with prejudice, all claims against Defendants JPMorgan Chase & Co., sued herein as JPMorgan Chase & Co. f/k/a Chase Financial, f/k/a Morgan Guaranty Trust Company of New York, f/k/a JPMorgan Chase, and J.P. Morgan Securities LLC, f/k/a Bear, Stearns & Co., Inc., sued herein as JPMorgan Securities Inc., f/k/a Bear, Stearns & Co., Inc., with the parties bearing their own attorneys' fees and costs;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, by and between Plaintiff and Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC, subject to the Order of the Court, that Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC are hereby dismissed with prejudice, with the parties to bear their own attorneys fees and costs. All claims pending against other defendants shall remain pending

By: /s/ _____

Rudolph L. DiTrapano
Joshua I. Barrett
Sean P. McGinley
**DITRAPANO, BARRETT, DIPIERO,
MCGINLEY & SIMMONS, PLLC**
P.O. Box 1631
Charleston, WV 25326
Telephone: (304) 342-0133
Facsimile: (304) 342-4605

Robert V. Berthold, Jr.
**BERTHOLD LAW FIRM PLLC**
208 Capitol St.
P.O. Box 3508
Charleston, WV 25335
Telephone: (304) 345-5700
Facsimile: (304) 345-5703

Counsel for Plaintiff the State of West Virginia

By: /s/ _____

Thomas C. Rice
Peri L. Zelig
**SIMPSON THACHER &
BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Counsel for Defendants JPMorgan Chase & Co. and JPMorgan Securities Inc.

SO ORDERED.

5-29-14
DATE

VICTOR MARRERO, U.S.D.J.